**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

IN RE:
**HOLLY H. HANDLOSER**                                                               **DEBTOR**

**CITIMORTGAGE, INC.**                                                 **APPELLANT**

V.               **CASE NO. 4:11MC00015
BANKR. CASE NO. 4:10BK14427E**

**NANCY J. GARGULA,
UNITED STATES TRUSTEE**                                     **APPELLEE**

## ORDER

Pending are CitiMortgage, Inc.'s emergency motion for stay pending appeal (DE #5), and motion for expedited hearing on the emergency motion (DE #6), and the notice of intent to file opposition to motion for leave to file an appeal and motion for stay pending appeal filed on behalf of the United States Trustee (DE #8).

After review of the motions, the Court will stay the deadlines set by the bankruptcy court requiring CitiMortgage to produce documents and make witnesses available for deposition for a period of thirty (30) days. The United States Trustee may file a response to the motion for leave to file an appeal and motion for stay pending appeal within 20 days of the entry of this Order. The motion for expedited hearing (DE #6) is denied as moot.

IT IS SO ORDERED this 2nd day of June, 2011.

                                                         _____
                                                         James M. Moody
                                                         United States District Judge