IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

In re:

HOLLY H. HANDLOSER                                                   DEBTOR


CITIMORTGAGE, INC.                                                   APPELLANT

V.                                          4:11MC00015

NANCY J. GARGULA, UNITED STATES
TRUSTEE                                                              APPELLEE

## ORDER

By Order entered August 5, 2011 the Court denied CitiMortgage's motion for leave to appeal. As the requested relief has been denied, the Clerk is directed to close this case.

IT IS SO ORDERED this 26th day of October, 2011.


*James M. Moody*
United States District Judge